FILED _____ LODGED
_____ RECEIVED

JUN 2 2 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
FOR THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| Gregory Wayne Cox,<br><br>　　　　　　　Plaintiff<br><br>　　v.<br><br>Rozalind Schlatter,<br><br>　　　　　　　Defendant | Case No.: C08-5590FDB<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |
|---|---|

## STIPULATION

The undersigned attorneys hereby stipulate to the entry of the following order of dismissal.

DATED: _____, 2009.　　　　DATED: _____, 2009.

_____　　　_____
Norma S. Ninomiya,　　　　　　　　Bill Coats, WSBA No. 24537
WSBA No. 18722　　　　　　　　　Attorney for Plaintiff
Attorney for Defendant

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS - 1 –

Norma S. Ninomiya
Law Offices Of Andersen & Nyburg
PO Box 4400
Portland, OR 97208-4400
Telephone: (503) 736-7956
Facsimile: (800) 972-3206

08-CV-05590-ORD

## ORDER

Based upon the foregoing stipulation, it is hereby ORDERED that this case is hereby dismissed, with prejudice, and without costs to any party.

Dated this 22 day of JUNE, 2009.

_____
JUDGE/COURT COMMISSIONER

Presented by:

By: _____
Norma S. Ninomiya, WSBA No. 18722
Attorney for Defendant

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS - 2 –

Norma S. Ninomiya
Law Offices Of Andersen & Nyburg
PO Box 4400
Portland, OR 97208-4400
Telephone: (503) 736-7956
Facsimile: (800) 972-3206